**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**ANTHONY NEAL REEVES**
**ADC #111447**                                                                          **PLAINTIFF**

**V.**                          **Case No. 4:14-cv-00591 KGM/JTR**

**CARL JOHNSON, Doctor,**
**Pulaski County Regional Detention Facility, et al.**                    **DEFENDANTS**

<u>**ORDER**</u>

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 7) and the response filed by plaintiff Anthony Reeves wherein he states that he has no objections to the Proposed Findings and Recommended Partial Disposition (Dkt. No. 9).  After carefully considering the Proposed Findings and Recommended Partial Disposition, the Court approves and adopts in their entirety the Proposed Findings and Recommended Partial Disposition as this Court's findings in all respects.

The Court therefore orders that:

1.      Plaintiff may proceed with his inadequate medical care claims against defendants Johnson, Okoh, and Little.

2.      Plaintiff's claims against defendants Hollowday, Morgan, and Maximum Medical Services are dismissed without prejudice.

3.      The Clerk is directed to prepare a summons for defendants Johnson, Okoh, and Little.   The U.S. Marshal is directed to serve the summons, Complaint, Amended

Complaint and this Order on them without prepayment of fees and costs or security therefor.[1]

4.      It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this 14th day of May, 2015.

Kristine G. Baker
United States District Judge

---

[1] If any of the Defendants are no longer Pulaski County employees, the individual responding to service must file a ***sealed*** statement providing the unserved Defendant's last known private mailing address.