IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTHONY NEAL REEVES,
ADC #111447                                                                                         PLAINTIFF

V.                              Case No. 4:14CV00591 KGB/BD

CARL JOHNSON, et al.                                                                         DEFENDANTS

## ORDER

The summons issued for Defendant Dr. Carl Johnson has been returned unexecuted by the United States Marshal Service. (Docket entry #18, #30) Even though Mr. Reeves is proceeding *pro se* and *in forma pauperis*, it is his responsibility to provide the Court with valid service addresses for all defendants. *Lee v. Armontrout,* 991 F.2d 487, 489 (8th Cir. 1993).

The Court will allow Mr. Reeves forty-five (45) days from the date of this Order to ascertain a valid service address for Dr. Johnson and to file a "Motion for Service," so that service can be attempted at that address. Claims against Dr. Johnson may be dismissed if Mr. Reeves fails to timely comply with this Order. See Fed. R. Civ. P. 4(m) (providing that a court may *sua sponte* dismiss a defendant who is not served with process within 120 days of the filing of a complaint).

IT IS SO ORDERED, this 27th day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE