IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTHONY NEAL REEVES
ADC #111447                                                                                    PLAINTIFF

V.                              Case No. 4:14-cv-00591 KGB/JTR

CARL JOHNSON, Doctor,
Pulaski County Regional Detention Facility, et al.                      DEFENDANTS

### ORDER

Before the Court is the parties' joint motion to dismiss with prejudice (Dkt. No. 54). The joint motion is granted. This action is dismissed with prejudice.

So ordered this 26th day of July, 2016.

_____
Kristine G. Baker
United States District Judge